AO 93 (Rev 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

19 OCT 21 AM 10: 14

CLERK ALBUQUERQUE

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 19 MR 958
A 2008 GMC YUKON XL; NEW MEXICO LICENSE )
PLATE NUMBER AJLY13; VIN: 1GKFK66818J252516. )
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Federal Judicial    District of    New Mexico
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A and Attachmant B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment A and Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before    August 23, 2019    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    The Honorable Jerry H. Ritter, U.S. Magistrate Judge
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for    days *(not to exceed 30)*    ☑ until, the facts justifying, the later specific date of    12/07/2019

Date and time issued:   8/9/19  3:17 p.m.       *(Judge's signature)*

City and state:    Albuquerque, New Mexico       The Honorable Jerry H. Ritter, U.S. Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 19-MR-958 | Date and time warrant executed: 08/12/2019 2:00 am | Copy of warrant and inventory left with: No person available. Left in vehicle |

Inventory made in the presence of :
 No person available

Inventory of the property taken and name of any person(s) seized:

1. $1,243.00
2. Black LG cellular phone
3. Black Samsung cellular phone
4. Silver Samsung Galaxy S8 cellular phone
5. White Samsung tablet
6. 1 glock 9 mm pistol containing 14 rounds
7. 25 9 mm pistol hallow point rounds
8. 1 box of hornady .223 rounds (48 in the box)
9. 1 box of Federal .45 caliber rounds (100 in the box)
10. Uncle Mikes black pistol holster
11. White plastic bottle labeled "Inositol Powder 550 mg."

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/09/2019

*Executing officer's signature*

Thomas Long Special Agent
*Printed name and title*